UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

MICHAEL ANTHONY GOODLOE, JR.,
                    Plaintiff,                    §
                                                  §
v.                                                §          Civil Case 3:22-CV-2065-B-BK
                                                  §
UNITED STATES OF AMERICA, ET AL.,
                    Defendants.

ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 12th day of October, 2022.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE